IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 5 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-02-185 |
| | § | |
| F/V CUTTY SARK, F/V VINAROZ I, | § | |
| F/V VINAROZ II, F/V VINAROZ III, | § | |
| F/V GAMBA I, And F/V DON PIRI, | § | |
| their engines, tackle, apparel | § | |
| and furniture, *in rem*, and MARIA CRISTINA | § | |
| BAS MORAL, FEDERICO BAS PLAYAN, | § | |
| FEDERICO BAS MORAL, and ALMA | § | |
| PATRICIA MORAL LOZANO, *in personam* | § | |
| Defendants, | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VALLEY ICE & FUEL CO., INC., Plaintiff herein, complaining of the above named Fishing Vessels, their engines, nets, tackle, apparel, and furniture, *in rem*, and the above-named individual Defendants, *in personam*, and for cause of action would respectfully show unto the Court the following:

I.

### PARTIES

1)    Plaintiff is a Texas corporation having its principal place of business in Cameron County, Texas.

2)    The *in rem* Defendants are Mexican shrimp trawlers which are registered under the laws of Mexico, and may be served with process by serving the vessels as they may appear in Port Isabel, Texas or Brownsville, Texas, or anywhere within the jurisdiction of the Southern District of Texas.

3)    Defendant MARIA CRISTINA BAS MORAL is the owner of the Mexican Shrimp Trawler F/V CUTTY SARK

Defendant, FEDERICO BAS PLAYAN is the owner of the Mexican Shrimp Trawlers, F/V DON PIRI and the F/V GAMBA I.

Defendant, FEDERICO BAS MORAL is the owner of the Mexican Shrimp Trawler F/V VINAROZ I.

Defendant, ALMA PATRICIA MORAL LOZANO is the owner of the Mexican Shrimp Trawlers, F/V VINAROZ II and VINAROZ III.

II.

JURISDICTION AND VENUE

3)    This is a case involving the admiralty and maritime jurisdiction of this Court as more fully appears hereafter, and Plaintiff's claim is in admiralty and maritime within the meaning of Rule 9(h) and Supplemental Rules B, C and E of the Federal Rules Of Civil Procedure. This Court has subject matter jurisdiction under 46 U.S.C. § 31342 AND 29 U.S.C. § 1333. The defendant vessels are or will be during the pendency of this process within this district and within the jurisdiction of this Court.

III.

FACTS OF THE CASE

4)     Plaintiff, VALLEY ICE & FUEL CO., INC. is a corporation which is engaged in the sale of diesel fuel and petroleum products and supplies to shrimp trawlers.

5)     Beginning on or about December 3, 2001, at the instance and request of the owner/master of the F/V CUTTY SARK, Plaintiff furnished diesel fuel to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $6,997.89, including interest through September 24, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoice are attached hereto as EXHIBIT A and made a part hereof for all purposes.

6)     On or about December 3, 2001, at the instance and request by the owner/master of the F/V VINAROZ I, Plaintiff furnished diesel fuel, lube oil, and other items, to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and other items, and after allowing all just credits and offsets, the amount of $5,603.87, including interest through September 24, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT B and made a part hereof for all purposes.

7)     On or about December 3, 2001, at the instance and request by the owner/master of the F/V VINAROZ II, Plaintiff furnished diesel fuel such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and after allowing all just credits and offsets, the amount of $5,736.09, including interest through September 24, 2002, remains

due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT C and made a part hereof for all purposes.

8)    On or about November 29, 2001 at the instance and request by the owner/master of the F/V VINAROZ III, Plaintiff furnished diesel fuel, lube oil, associated petroleum products, and other items to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel, associated products, and other items, and after allowing all just credits and offsets, the amount of $6,337.46, including interest through September 24, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT D and made a part hereof for all purposes.

9)    On or about November 29, 2001, at the instance and request by the owner/master of the F/V GAMBA I, Plaintiff furnished diesel fuel, lube oil, associated petroleum products, and other items to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $2,441.29, including interest through September 24, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT E and made a part hereof for all purposes.

10)    On or about December 3, 2001, at the instance and request by the owner/master of the F/V DON PIRI, Plaintiff furnished diesel fuel, lube oil, other associated petroleum products, and other items to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $6,701.84, including interest through September 24, 2002, remains due and

owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT F and made a part hereof for all purposes.

11) Plaintiff has and claims a maritime lien against each of the above-named vessels in the respective amounts set forth above, the principal amount of which claims shall continue to accrue on each account until paid, and/or until any proceeds shall be derived from the sale by the United States Marshal of any of the subject vessels.

12) Plaintiff has provided its invoices to the Defendants. Despite the existence of the account and presentation of the invoices, the Defendants have failed to pay the accounts and Plaintiff is entitled to judgment against such Defendants for the amounts set forth above.

13) Plaintiff would show that two of the above-named vessels the F/V CUTTY SARK and the VINAROZ I are currently within the jurisdiction of this Court and that the other vessels may soon be within the jurisdiction of this Court. Plaintiff would further show that under Rule B of the Federal Rules of Civil Procedure, the property of the *in personam* Defendants may be attached. In this regard Plaintiff alleges that under the "sister ship doctrine" allowed by Rule B, other vessels belonging to the *in personam* Defendants may be seized to satisfy the debt obligations incurred by the vessels and the Defendants. Therefore, Plaintiff requests that this Court order that process issue to seize the *in rem* Defendants and to attach those vessels within the jurisdiction of this Court belonging to the *in personam* Defendants.

IV.

ATTORNEYS' FEES

14)   Plaintiff would further show the court that by reason of the Defendants' willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said accounts.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

A.      that process in due form of law be issued to seize the Defendant Vessels, their engines, tackle, apparel, etc. and all other necessaries thereunto belonging and appertaining, *__in rem__*, and that  process in due form of law be issued to attach the Vessels belonging to the *in personam* Defendants, and that process be issued to any person claiming any right, title or interest in said Vessels citing them to appear and answer this Complaint;

B.      Plaintiff have judgment against the Defendant Vessels, *in rem* and the Defendants, *in personam*, and that Plaintiff have maritime liens against such Vessels according to law and that the proceeds from the sale of such vessels be applied to the debt owed to Plaintiff;

C.      that Plaintiff have pre- and post-judgment interest as provided by law, costs of suit; and attorney's fees;

D.      that Plaintiff have such other and further relief to which it may be justly entitled.

Respectfully submitted,

By: _____

Dennis Sanchez

SBN: 17569600

FED. ID: 1594 & CCBN:  2004

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 546-3766 - Fax

ATTORNEYS FOR PLAINTIFF

## VERIFICATION AND AFFIDAVIT

THE STATE OF TEXAS     §

COUNTY OF CAMERON   §

     BEFORE ME, the undersigned authority, on this day personally appeared DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., who, being by me first duly sworn, deposed and said:

1.     My name is David Eymard. I am the President of VALLEY ICE & FUEL CO., INC., Plaintiff in the above-entitled and numbered action. I have read the foregoing Complaint.

2.     The contents of such Original Complaint to the best of my information and belief are true and correct.

3.     The *in personam* Defendants named in the Original Complaint to the best of my information and belief currently have vessels moored at the Port of Brownsville, Texas. These vessels, if not directly owing money to Valley Ice & Fuel Co., Inc., are vessels which belong to the *in personam* Defendants.

4.     The *in personam* Defendants to the best of my knowledge and belief are all citizens and residents of Mexico with domiciles in Tampico, Mexico, and cannot be found within this District. The only property that I am aware of that the *in personam* Defendants have within the jurisdiction of this Court are the vessels which are sister ships of the named *in rem* Defendants. Such vessels all belong to the *in personam* Defendants named in Paragraph 1 (3) above.

FURTHER AFFIANT SAITH NOT.

                               _____
                                DAVID EYMARD, President
                                VALLEY ICE & FUEL CO., INC.

     SWORN TO AND SUBSCRIBED BEFORE ME by the said DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., TO CERTIFY WHICH witness my hand and seal of office this 25th day of September, 2002.

PAULITA YOUNGER
MY COMMISSION EXPIRES
February 11, 2005

                          _____
                          Notary Public, State of Texas

9/24/02 at 10:24:56.64

Valley Ice & Fuel Co., Inc.
## Aged Receivables
As of Sep 24, 2002

Filter Criteria includes: 1) IDs from BA1CUT to BA1CUT. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| BA1CUT | 15466 | | | | 6,193.20 | 6,193.20 | 12/3/01 |
| M/V CUTTY SARK MEXICAN | FC1VW00045 | | | | 175.19 | 175.19 | 1/31/02 |
| | FC2SW00046 | | | | 83.14 | 83.14 | 2/28/02 |
| | FC3VW00041 | | | | 92.05 | 92.05 | 3/31/02 |
| | FC4UW00046 | | | | 89.08 | 89.08 | 4/30/02 |
| | FC5VW00050 | | | | 92.05 | 92.05 | 5/31/02 |
| | FC6UW00053 | | | 89.08 | | 89.08 | 6/30/02 |
| | FC7VW00038 | | 92.05 | | | 92.05 | 7/31/02 |
| | FC8VW00046 | 92.05 | | | | 92.05 | 8/31/02 |
| BA1CUT | | 92.05 | 92.05 | 89.08 | 6,724.71 | 6,997.89 | |
| M/V CUTTY SARK MEXICAN | | | | | | | |
| Report Total | | 92.05 | 92.05 | 89.08 | 6,724.71 | 6,997.89 | |

EXHIBIT A

# VALLEY ICE & FUEL CO , IN
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX 78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice

Invoice Number:
15466

Invoice Date:
Dec 3, 2001

Page:
1

Duplicate

Sold To:
M/V CUTTY SARK MEXICAN BOAT
ZARAGOZA #419
COL. GUADALUPE VICTORIA
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BA1CUT | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/3/01 | 1/2/02 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,528.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 8997 | 0.6500 | 6,193.20 |

| | |
|---|---|
| Subtotal | 6,193.20 |
| Sales Tax | |
| Total Invoice Amount | 6,193.20 |
| Payment Received | 0.00 |
| TOTAL | 6,193.20 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia** _____ **en**
_____ **la cantidad de $** _____,
_____ **Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.**
_____, **Capitan o Patron de la embarcacion**
_____**propiedad de** _____.
_____
**( firma )**

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

# INVOICE

**Invoice Number:**
*8997*
**Invoice Date:**
*12-3-01*

| Phone: | (956) 831-4123 |
|---|---|
| Fax: | (956) 831-7860 |

**Page:**

**Sold To:**

**Ship To:** *M/V CUTTY SARK*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| | | | |
| **Sales Rep ID** | **Shipping Method** | **Customer PO** | **Due Date** |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| *9,528* | *GLS* | *High Sulfur Diesel* | *.6500* | |
| | | | | |

| | |
|---|---|
| **Check No.:** | **Subtotal** |
| | **Sales Tax** |
| | **Total Invoice Amount** |
| | **Payment Received** |
| | **TOTAL** |

*8343764    8521697*
*8340885    8515048*
*2879    6649*

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE
AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al
Sr. David E. Eymard, el día _____ en
_____ la cantidad de $_____,
_____ Dólares de Estados Unidos de
Norteamérica, valor recibído a mi entera satisfacción.
_____, Capitán o Patrón de la embarcación
_____ propiedad de _____.**

_____
**(firma)**

9/24/02 at 10.32.59.71

Valley Ice & Fuel Co., Inc.
## Aged Receivables
As of Sep 24, 2002

Filter Criteria includes: 1) IDs from BA1VI1 to BA1VI1. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| BA1VI1 | 15459 | | | | 5,603.87 | 5,603.87 | 12/3/01 |
| M/V VINAROZ I MEXICAN BO | FC1VW00055 | | | | 158.52 | 158.52 | 1/31/02 |
| | FC2SW00055 | | | | 75.23 | 75.23 | 2/28/02 |
| | FC3VW00049 | | | | 83.29 | 83.29 | 3/31/02 |
| | FC4UW00053 | | | | 80.60 | 80.60 | 4/30/02 |
| | FC5VW00057 | | | | 83.29 | 83.29 | 5/31/02 |
| | FC6UW00060 | | | 80.60 | | 80.60 | 6/30/02 |
| | FC7VW00043 | | 83.29 | | | 83.29 | 7/31/02 |
| | FC8VW00050 | 83.29 | | | | 83.29 | 8/31/02 |
| BA1VI1 | | 83.29 | 83.29 | 80.60 | 6,084.80 | 6,331.98 | |
| M/V VINAROZ I MEXICAN BO | | | | | | | |
| Report Total | | 83.29 | 83.29 | 80.60 | 6,084.80 | 6,331.98 | |

EXHIBIT B

Invoice

# VALLEY ICE & FUEL CO., IN
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX  78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice Number:
15459

Invoice Date:
Dec 3, 2001

Page:
1

Duplicate

Sold To:

M/V VINAROZ I MEXICAN BOAT
ZARAGOZA #419
COL. GUADALUPE VICTORIA
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BA1VI1 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/3/01 | 1/2/02 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,920.00 | GALLON | DIESEL/HS/OFF ROAD | 0.6500 | 5,148.00 |
| 89.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 373.80 |
| 1.00 | EACH | LANTERN 6 VOLT WATERPROOF | 10.3500 | 10.35 |
| 2.00 | EACH | BATTERY 6 VOLT | 8.5000 | 17.00 |
| 12.00 | EACH | LIGHT BULB 50 WATT 34 VOLT | 2.3250 | 27.90 |
| | | SALE ORDER# 8990 | | |

| | | |
|---|---|---|
| Check No: | Subtotal | 5,577.05 |
| | Sales Tax | 26.82 |
| | Total Invoice Amount | 5,603.87 |
| | Payment Received | 0.00 |
| | TOTAL | 5,603.87 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC.,  o al  Sr.  David  E.  Eymard,  el  dia** _____ **en** _____ **la cantidad de  $_____,** _____ **Dolares de Estados Unidos  de Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.** _____,  **Capitan o Patron de la embarcacion** _____**propiedad de** _____.

**( firma )**

**VALLEY ICE & FUEL CO., IN**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

**INVOICE**

Invoice Number:
*8990*

Invoice Date:
*12-3-01*

Page:

Phone:     (956) 831-4123
Fax:       (956) 831-7860

Sold To:

Ship To: *M/V VINAROZ I*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| | | | |
| Sales Rep ID | Shipping Method | Customer PO | Due Date |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7920 | GLS | HIGH SULFUR DIESEL | .6500 | |
| 89 | GLS | HP 40 | | |
| 1 | each | LANTERN 6 VOLT | | |
| 2 | each | BATTERY 6 VOLT | | |
| 12 | each | BULB 50 WATT 34 VOLT | | |

Check No.:

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

*8336743    8511380*
*8332640    8507563*
*4103        3817*

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el día _____ en _____ la cantidad de $_____, _____ Dólares de Estados Unidos de Norteamérica, valor recibído a mi entera satisfacción. _____, Capitán o Patrón de la embarcación _____ propiedad de _____.

_____
(firma)

Valley Ice & Fuel Co., Inc.
## Aged Receivables
As of Sep 24, 2002

Filter Criteria includes: 1) IDs from BA1VI2 to BA1VI2. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| BA1VI2 | 15463 | | | | 5,076.50 | 5,076.50 | 12/3/01 |
| M/V VINAROZ II MEXICAN B | FC1VW00056 | | | | 143.60 | 143.60 | 1/31/02 |
| | FC2SW00056 | | | | 68.15 | 68.15 | 2/28/02 |
| | FC3VW00050 | | | | 75.45 | 75.45 | 3/31/02 |
| | FC4UW00054 | | | | 73.02 | 73.02 | 4/30/02 |
| | FC5VW00058 | | | | 75.45 | 75.45 | 5/31/02 |
| | FC6UW00061 | | | 73.02 | | 73.02 | 6/30/02 |
| | FC7VW00044 | | 75.45 | | | 75.45 | 7/31/02 |
| | FC8VW00051 | 75.45 | | | | 75.45 | 8/31/02 |
| BA1VI2 | | 75.45 | 75.45 | 73.02 | 5,512.17 | 5,736.09 | |
| M/V VINAROZ II MEXICAN B | | | | | | | |
| Report Total | | 75.45 | 75.45 | 73.02 | 5,512.17 | 5,736.09 | |

EXHIBIT C

Invoice

# VALLEY ICE & FUEL CO IN
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

15463

Invoice Date:

Dec 3, 2001

| Phone: | (956) 831-4123 | Page: |
| Fax: | (956) 831-7860 | 1 |

Duplicate

Sold To:                                         Ship to:

M/V VINAROZ II MEXICAN BOAT
ZARAGOZA #419
COL. GUADALUPE VICTORIA
TAMPICO, TAMP., MX

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BA1VI2 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/3/01 | 1/2/02 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,810.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 8994 | 0.6500 | 5,076.50 |

| | | |
|---|---|---|
| | Subtotal | 5,076.50 |
| | Sales Tax | |
| | Total Invoice Amount | 5,076.50 |
| Check No: | Payment Received | 0.00 |
| | TOTAL | 5,076.50 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____**

**( firma )**

**VALLEY ICE & FUEL CO., IN**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

# INVOICE

Invoice Number:
*8994*

Invoice Date:
*12-3-01*

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Page:

Sold To:

Ship To: *MIV VINAROZ II*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Sales Rep ID | Shipping Method | Customer PO | Due Date |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| *7,810* | *GLS* | *High Sulfur Diesel* | *.6500* | |
| | | | | |

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

Check No.:

*8340885*        *8515048*
*8336743*        *8511380*
*4142*           *3668*

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE
AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el día** _____ **en** _____ **la cantidad de $_____,** _____ **Dólares de Estados Unidos de Norteamérica, valor recibído a mi entera satisfacción.** _____, **Capitán o Patrón de la embarcación** _____ **propiedad de** _____.

_____
(firma)

9/24/02 at 10:33:53.65

Valley Ice & Fuel Co., Inc.
Aged Receivables
As of Sep 24, 2002

Filter Criteria includes: 1) IDs from BA1VI3 to BA1VI3. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| BA1VI3 | 15412 | | | | 5,668.27 | 5,668.27 | 11/29/01 |
| M/V VINAROZ III MEXICAN B | FC1VW00057 | | | | 93.04 | 93.04 | 1/31/02 |
| | FC2SW00057 | | | | 76.09 | 76.09 | 2/28/02 |
| | FC3VW00051 | | | | 84.25 | 84.25 | 3/31/02 |
| | FC4UW00055 | | | | 81.53 | 81.53 | 4/30/02 |
| | FC5VW00059 | | | | 84.25 | 84.25 | 5/31/02 |
| | FC6UW00062 | | | 81.53 | | 81.53 | 6/30/02 |
| | FC7VW00045 | | 84.25 | | | 84.25 | 7/31/02 |
| | FC8VW00052 | 84.25 | | | | 84.25 | 8/31/02 |
| BA1VI3 M/V VINAROZ III MEXICAN B | | 84.25 | 84.25 | 81.53 | 6,087.43 | 6,337.46 | |
| Report Total | | 84.25 | 84.25 | 81.53 | 6,087.43 | 6,337.46 | |

EXHIBIT D

Invoice

# VALLEY ICE & FUEL CO IN
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

15412

Invoice Date:

Nov 29, 2001

Page:

1

Phone: (956) 831-4123
Fax: (956) 831-7860

Duplicate

Sold To:

M/V VINAROZ III MEXICAN BOAT
ZARAGOZA #419
COL. GUADALUPE VICTORIA
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BA1VI3 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 11/29/01 | 12/29/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,015.00 | GALLON | DIESEL/HS/OFF ROAD | 0.6400 | 5,129.60 |
| 54.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 226.80 |
| 4.00 | EACH | CUMMINS KT1150/LUBE (F#PH3612) | 22.4900 | 89.96 |
| 4.00 | EACH | PERKINS 4-108LUBE (F#PH8A) | 4.4900 | 17.96 |
| 1.00 | EACH | ELECTRICAL TAPE (BLK) | 0.7400 | 0.74 |
| 20.00 | EACH | LIGHT BULB 50 WATT 34 VOLT | 2.3250 | 46.50 |
| 1.00 | BOX | SELECT COLOR RAGS (10LB) | 4.5000 | 4.50 |
| 1.00 | BOX | SOAP POWDER (10.43 LB BOX) | 17.9900 | 17.99 |
| 10.00 | EACH | TWINE - NYTEX #42 GREEN | 8.4600 | 84.60 |
| 10.00 | EACH | SHACKLE GALVANIZED 1/2" | 0.9750 | 9.75 |
| 5.00 | EACH | SHACKLE GALVANIZED 7/16" | 0.9000 | 4.50 |
| 5.00 | EACH | SHACKLE GALVANIZED 3/8" | 0.7350 | 3.68 |

| | | |
|---|---|---|
| | Subtotal | 5,636.58 |
| | Sales Tax | 31.69 |
| | Total Invoice Amount | 5,668.27 |
| Check No: | Payment Received | 0.00 |
| | TOTAL | 5,668.27 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____**

**( firma )**

# INVOICE

**VALLEY ICE & FUEL CO., IN**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

**Invoice Number:**
8953
**Invoice Date:**
11-29-01

Phone:      (956) 831-4123
Fax:        (956) 831-7860

**Page:**
1 OF 2

**Sold To:**                              **Ship To:** M/V VINAROZ III

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| | | | | | |
| **Sales Rep ID** | | **Shipping Method** | | **Customer PO** | **Due Date** |
| | | | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,015 | GLS | High Sulfur Diesel | .64 | |
| 54 | GLS | HPYO | | |
| 4 | Filter | PH 3612 | | |
| 4 | Filter | PH 8A | | |
| 1 | each | Electrical Tape (Blk) | | |
| 20 | Bulb | 50 Watts 34 volt | | |
| 1 | Box | Color Rags | | |
| 1 | Box | Soap Powder | | |
| 10 | each | Twine Nytex #42 Green | | |

| | |
|---|---|
| Subtotal | |
| Sales Tax | |
| Total Invoice Amount | |
| Payment Received | |
| TOTAL | |

**Check No.:**

6877368      6800122
6873315      6796160
4053          3962

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE
AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Dyed Diesel Fuel, Nontaxable
Only. Penalty For Taxable Use

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al
Sr. David E. Eymard, el día _____ en
_____ la cantidad de $_____,
_____ Dólares de Estados Unidos de
Norteamérica, valor recibído a mi entera satisfacción.
_____, Capitán o Patrón de la embarcación
_____ propiedad de _____.**

_Jorge M. Ramión D._
**(firma)**

**VALLEY ICE & FUEL CO., IN**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

# INVOICE

Invoice Number:
8953
Invoice Date:
11-29-01
Page:
2 OF 2

Phone: (956) 831-4123
Fax: (956) 831-7860

Sold To:

Ship To: M/V VINAROZ III

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| | | | |
| **Sales Rep ID** | **Shipping Method** | **Customer PO** | **Due Date** |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10 | each | SHACKLES 1/2 | | |
| 5 | each | SHACKLES 7/8 | | |
| 5 | each | SHACKLES 7/8 | | |
| | | | | |
| | | | | |

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

Check No.:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al**
**Sr. David E. Eymard, el día** _____ **en**
_____ **la cantidad de $_____,**
_____ **Dólares de Estados Unidos de**
**Norteamérica, valor recibído a mi entera satisfacción.**
_____, **Capitán o Patrón de la embarcación**
_____ **propiedad de _____.**

(firma)

9/24/02 at 10:13.22.77

Page: 1

Valley Ice & Fuel Co., Inc.
## Aged Receivables
As of Sep 24, 2002

Filter Criteria includes· 1) IDs from BA1GA1 to BA1GA1. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| BA1GA1<br>M/V GAMBA I MEXICAN BOA | 15408 | | | | 2,441.29 | 2,441.29 | 11/29/01 |
| BA1GA1<br>M/V GAMBA I MEXICAN BOA | | | | | 2,441.29 | 2,441.29 | |
| Report Total | | | | | 2,441.29 | 2,441.29 | |

EXHIBIT E

9/24/02 at 10:57:45.55

Valley Ice & Fuel Co., Inc.
Customer Ledgers
For the Period From Aug 1, 2002 to Sep 30, 2002
Filter Criteria includes: 1) IDs from BA1GA1 to BA1GA1. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Date | Trans No | Typ | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| BA1GA1 | 8/1/02 | Balance Fwd | | | | 7,251.42 |
| M/V GAMBA I MEXICAN B | 8/13/02 | TRAN 08132002A | CRJ | | 904.46 | 6,346.96 |
| | 8/31/02 | FC8VW00047 | SJ | 94.33 | | 6,441.29 |
| | 9/9/02 | TRAN 09092002B | CRJ | | 4,000.00 | 2,441.29 |

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX  78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice

Invoice Number:
15408

Invoice Date:
Nov 29, 2001

Page:
1

Duplicate

Sold To:

M/V GAMBA I MEXICAN BOAT
ZARAGOZA #419
COL. GUADALUPE VICTORIA
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BA1GA1 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 11/29/01 | 12/29/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,126.00 | GALLON | DIESEL/HS/OFF ROAD | 0.6400 | 5,840.64 |
| 137.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 575.40 |
| 1.00 | EACH | BATTERY 6 VOLT | 8.5000 | 8.50 |
| 10.00 | EACH | LIGHT BULB 100 WATT 34 VOLT | 2.9100 | 29.10 |
| | | SALE ORDER# 8949 | | |

| | | |
|---|---|---|
| | Subtotal | 6,453.64 |
| | Sales Tax | 38.31 |
| | Total Invoice Amount | 6,491.95 |
| Check No:   Multiple | Payment Received | 0.00 |
| | TOTAL | 2,441.29 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC.,  o al  Sr.  David  E.  Eymard,  el  dia** _____ **en** _____ **la cantidad de  $** _____, _____ **Dolares de Estados Unidos  de Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____ **propiedad de** _____. _____

**( firma )**

# INVOICE

**VALLEY ICE & FUEL CO., IN**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

**Invoice Number:**
8949
**Invoice Date:**
11-29-01
**Page:**

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Sold To:

Ship To: M/V GAMBAL

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| | | | |
| **Sales Rep ID** | **Shipping Method** | **Customer PO** | **Due Date** |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,126 | GLS | High Sulfur Diesel | .6400 | |
| 137 | GLS | HP 40 | | |
| 1 | each | BATTERY 6 VOLT | | |
| 10 | each | BULB 100 WATT 34 VOLT | | |
| | | | | |

| | |
|---|---|
| | Subtotal |
| | Sales Tax |
| **Total Invoice Amount** | |
| **Payment Received** | |
| **TOTAL** | |

**Check No.:**

8305379   8482737
8300764   8478246
4635       4491

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

**Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el día _____ en _____ la cantidad de $_____, _____ Dólares de Estados Unidos de Norteamérica, valor recibído a mi entera satisfacción. _____, Capitán o Patrón de la embarcación _____ propiedad de _____.**

_____
**(firma)**

Valley Ice & Fuel Co., Inc.

## Aged Receivables

As of Sep 24, 2002

Filter Criteria includes: 1) IDs from BA1PIR to BA1PIR. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| BA1PIR | 15460 | | | | 5,931.18 | 5,931.18 | 12/3/01 |
| M/V DON PIRI / MEXICAN BO | FC1VW00052 | | | | 167.78 | 167.78 | 1/31/02 |
| | FC2SW00053 | | | | 79.62 | 79.62 | 2/28/02 |
| | FC3VW00047 | | | | 88.16 | 88.16 | 3/31/02 |
| | FC4UW00051 | | | | 85.31 | 85.31 | 4/30/02 |
| | FC5VW00055 | | | | 88.16 | 88.16 | 5/31/02 |
| | FC6UW00058 | | | 85.31 | | 85.31 | 6/30/02 |
| | FC7VW00041 | | 88.16 | | | 88.16 | 7/31/02 |
| | FC8VW00048 | 88.16 | | | | 88.16 | 8/31/02 |
| BA1PIR | | 88.16 | 88.16 | 85.31 | 6,440.21 | 6,701.84 | |
| M/V DON PIRI / MEXICAN BO | | | | | | | |
| Report Total | | 88.16 | 88.16 | 85.31 | 6,440.21 | 6,701.84 | |

EXHIBIT F

# VALLEY ICE & FUEL CO    IN
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Invoice

Invoice Number:

15460

Invoice Date:

Dec 3, 2001

Page:

1

Duplicate

Sold To:                                          Ship to:

M/V DON PIRI / MEXICAN BOAT
ZARAGOZA #419
COL. GUADALUPE VICTORIA
TAMPICO, TAMP., MX

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| BA1PIR | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/3/01 | 1/2/02 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,626.00 | GALLON | DIESEL/HS/OFF ROAD | 0.6500 | 5,606.90 |
| 64.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 268.80 |
| 12.00 | EACH | LIGHT BULB 50 WATT 34 VOLT | 2.3250 | 27.90 |
| 1.00 | EACH | BATTERY 6 VOLT | 8.5000 | 8.50 |
| | | SALE ORDER# 8991 | | |

|  |  |
|---|---|
| Subtotal | 5,912.10 |
| Sales Tax | 19.08 |
| Total Invoice Amount | 5,931.18 |
| Payment Received | 0.00 |
| TOTAL | 5,931.18 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.**

**_____
( firma )**

**VALLEY ICE & FUEL CO., IN**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

# INVOICE

Invoice Number:
8991
Invoice Date:
12-3-01
Page:

Phone:    (956) 831-4123
Fax:       (956) 831-7860

Sold To:

Ship To: n/v  DON PIRI

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Sales Rep ID | Shipping Method | Customer PO | Due Date |
| | | | |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,626 | GLS | High Sulfur Diesel | .6500 | |
| 64 | GLS | HP 40 | | |
| 12 | each | Bulb 50 watt 74volt | | |
| 1 | each | Battery 6 volt | | |

Subtotal
Sales Tax
Total Invoice Amount
Payment Received
TOTAL

Check No.:

6905033   6826333
6900439   6822301
4594       4032

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE
AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF  1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Dyed Diesel Fuel, Nontaxable
Only, Penalty For Taxable Use

Debo y Pagaré incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al
Sr. David E. Eymard, el día _____ en
_____ la cantidad de $_____,
_____ Dólares de Estados Unidos de
Norteamérica, valor recibído a mi entera satisfacción.
_____, Capitán o Patrón de la embarcación
_____ propiedad de _____.

_____
(firma)