2

United States District Court
Southern District of Texas
FILED

SEP 25 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | **CIVIL ACTION** |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. **B - 02 - 185** |
| | § | |
| F/V CUTTY SARK, F/V VINAROZ I, | § | |
| F/V VINAROZ II, F/V VINAROZ III, | § | |
| F/V GAMBA I, And F/V DON PIRI, | § | |
| their engines, tackle, apparel | § | |
| and furniture, *in rem*, and MARIA CRISTINA | § | |
| BAS MORAL, FEDERICO BAS PLAYAN, | § | |
| FEDERICO BAS MORAL, and ALMA | § | |
| PATRICIA MORAL LOZANO, *in personam* | § | |
| Defendants, | § | |

## AGREEMENT OF INDEMNITY

Plaintiff, VALLEY ICE & FUEL CO., INC., a Texas corporation with its principal place of

business being located in Cameron County, Texas, hereby agrees to indemnify and hold harmless

the U. S. Marshal of the Southern District of Texas, United States of America, any deputy, agent,

servant, employee and the surety or sureties on the official bond of said U. S. Marshal, from and

against all claims, demands and causes of action, direct or indirect, of every kind and character

whatsoever, arising, directly or indirectly, by reason of the service of a Warrant of Arrest of the

above named Defendant Vessels, their engines, nets, tackle, apparel, and furniture, *in rem*, and the

subsequent redelivery of possession of the subject Vessels to the care and custody of Marine Salvage

& Services, Inc. at its facility in Port Isabel, Texas, or such other facility within the Port

---

Agreement of Indemnity

Isabel/Brownsville area as may be deemed feasible, and agrees to reimburse the aforesaid, or any of

them, for all expenses, including reasonable attorney fees incurred in defending against any such

claim, demands or causes of action.

EXECUTED this _25th_ day of September, 2002.

VALLEY ICE & FUEL CO., INC.,
Plaintiff

By: _____
    DAVID EYMARD, President

ACKNOWLEDGMENT

THE STATE OF TEXAS    §

COUNTY OF CAMERON   §

    This instrument was acknowledged before me on the _25th_ day of September, 2002 by
DAVID EYMARD, President of VALLEY ICE & FUEL CO., INC., a Texas corporation, on behalf
of said corporation.



_____
Notary Public, State of Texas

My Commission Expires:

```
┌─────────────────────────────────┐
│  ★   PAULITA YOUNGER             │
│      MY COMMISSION EXPIRES       │
│      February 11, 2005           │
└─────────────────────────────────┘
```

---

Agreement of Indemnity
