United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS § | CIVIL ACTION NO. B-02-185 |
| § | |
| F/V CUTTY SARK, F/V VINAROZ I, § | |
| F/V VINAROZ II, F/V VINAROZ III, § | |
| F/V GAMBA I, And F/V DON PIRI, § | |
| their engines, tackle, apparel § | |
| and furniture, *in rem*, and MARIA CRISTINA § | |
| BAS MORAL, FEDERICO BAS PLAYAN, § | |
| FEDERICO BAS MORAL, and ALMA § | |
| PATRICIA MORAL LOZANO, *in personam* § | |
| Defendants, § | |

## ORDER OF NOTICE

The Court orders Plaintiff, VALLEY ICE & FUEL CO., INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). Upon the arrest of a vessel a copy of the complaint and a copy of the Order of Arrest shall be sent by certified mail to:

(a) the owner/master or individual in charge of the vessel arrested; and, if applicable;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim for an undischarged lien on the vessels; and, if applicable;

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

In addition, if the any of the subject vessels have not been released under Supplemental Rule for Certain Admiralty and Maritime Claims E(5) within ten (10) days of execution of process,

Plaintiff is ordered to publish notice of the action and arrest in *The Brownsville Herald*. See Supplemental Rule of Admiralty and Maritime C(4).

This notice shall include that such persons claiming an interest in the seized property must file their verified claims with the Clerk of the Court within ten (10) days after the earlier of (1) execution of this process, (2) completed publication of notice, or (3) within such additional time as may be allowed by the Court. In addition, the notice shall include that such persons must serve their answer within twenty (20) days after the filing of their claims. See Supplemental Rule of Admiralty and Maritime C(4) and (6)(b).

DONE at Brownsville, Texas, on this 25TH day of September, 2002.

_____
United States Magistrate Judge