United States District Court
Southern District of Texas
ENTERED

SEP 25 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
ENTERED

SEP 26 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| VS | | CIVIL ACTION NO. B-02-185 |
| F/V CUTTY SARK, F/V VINAROZ I, F/V VINAROZ II, F/V VINAROZ III, F/V GAMBA I, And F/V DON PIRI, their engines, tackle, apparel and furniture, *in rem*, and MARIA CRISTINA BAS MORAL, FEDERICO BAS PLAYAN, FEDERICO BAS MORAL, and ALMA PATRICIA MORAL LOZANO, *in personam* Defendants, | | |

CIVIL ACTION

### ORDER TO ARREST/ATTACH VESSELS

The Court finds upon review of the Verified Complaint and Affidavit, that the *in personam* Defendants cannot be found within the District, it is therefore ORDERED

1. That the United States Marshal for the Southern District of Texas:

   A. Arrest the Defendant Vessels, two of which are currently moored at the Port of Brownsville, i.e., the F/V CUTTY SARK and F/V VINAROZ I, their engines, tackle, apparel, and furniture, etc.;

   B. Serve a copy of the complaint and the warrant for the seizure on the person in possession of any of the ships or their agent; and

   C. Return the warrant promptly.

2.      The defendant vessels may be released from seizure without further order of this court if (a) the United states Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation, including attorneys for any Intervenors, and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

DONE at Brownsville, Texas, this __25__ day of September, 2002.

_____
United States Magistrate Judge