IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _M Perez_

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION** |
| VS | § | CIVIL ACTION NO. _____  B-02-185 |
| | § | |
| F/V CUTTY SARK, F/V VINAROZ I, | § | |
| F/V VINAROZ II, F/V VINAROZ III, | § | United States District Court |
| F/V GAMBA I, And F/V DON PIRI, | § | Southern District of Texas |
| their engines, tackle, apparel | § | ENTERED |
| and furniture, *in rem*, and MARIA CRISTINA | § | SEP 2 6 2002 |
| BAS MORAL, FEDERICO BAS PLAYAN, | § | |
| FEDERICO BAS MORAL, and ALMA | § | Michael N. Milby, Clerk of Court |
| PATRICIA MORAL LOZANO, *in personam* | § | By Deputy Clerk |
| Defendants, | § | |

<u>ORDER APPOINTING SUBSTITUTE CUSTODIAN</u>

It is ORDERED:

1. that MARINE SALVAGE & SERVICES, INC. is hereby appointed substitute custodian

of the F/V CUTTY SARK and F/V VINAROZ I, VINAROZ II, VINAROZ III, GAMBA I, and DON

PIRI, their engines, tackle, apparel, and furniture, of which vessels the F/V CUTTY SARK and F/V

VINAROZ I are currently moored at the Port of Brownsville, and the said MARINE SALVAGE &

SERVICES, INC. is hereby GRANTED LEAVE TO MOVE THE VESSELS from the Shrimp

Turning Basin at the Port of Brownsville, Texas, to its facilities in Port Isabel, Texas, if deemed

feasible by said Custodian;

2. that the United States Marshal surrender possession of the vessels to the named custodian;

3. that the United States Marshal will be held harmless for any loss, damage, injury or other

damage that might occur to said vessels while under the care of MARINE SALVAGE & SERVICES, INC.;

4. that upon transfer of custody of the vessels to MARINE SALVAGE & SERVICES, INC. by the United States Marshal, MARINE SALVAGE & SERVICES, INC. will provide evidence of financial responsibility as required by 33 U.S.C. App. § 2716.

5. that reasonable expenses incurred by the Marshal and to be incurred by the substitute custodian, including the costs of maintaining adequate port risk insurance on the vessels, electricity, security, routine maintenance and inspection, maintenance of watertight integrity of the vessels, and reasonable rental fees for the slip, are administrative expenses and a first charge on the vessels to be paid from the proceeds of the sale of the vessels.

6. A copy of this order shall be served on the person in possession of the vessels when they are arrested.

DONE at Brownsville, Texas, on this _25th_ day of September, 2002.

_____
United States Magistrate Judge