## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

United States District Court
Southern District of Texas
FILED

September 26, 2002

SEP 2 6 2002

Michael N. Milby
Clerk of Court

United States Marshal
United States District Court
Southern District of Texas
Brownsville Division
Brownsville TX 78520

RE:   C. A. No. B-02-185
      Valley Ice & Fuel Co., Inc. vs. F/V CUTTY SARK,
      F/V VINAROZ I, F/V VINAROZ II, et al.

Dear Marshal:

Please allow this letter to act as my written authorization that I consent to the release of the vessels F/V CUTTY SARK and F/V VINAROZ I, their engines, tackle, apparel, and furniture, etc., because the vessels have fully paid their debt and the case is therefore resolved.

Very truly yours,

Dennis Sanchez

DS:pn