| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Valley-Ice & Fuel Co., Inc. | COURT CASE NUMBER<br>B-02-185 |
|---|---|
| DEFENDANT F/V CUTTY SARK, F/V VINAROZ I, et al, their engines tackle, apparel, furniture, etc., in rem | TYPE OF PROCESS Release of Vessel to Custodian |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, other ranking officer or caretaker

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Shrimp Basin, Port of Brownsville, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP
100 N EXPRESSWAY 83
BROWNSVILLE, TX  78521

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

After seizure of the vessel    CUTTY SARK    , please relinquish custody of same to MARINE SALVAGE & SERVICES, INC., the Court appointed Custodian.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Dennis Sanchez by permission C. H. Weed

TELEPHONE NUMBER: (956) 546-3731     DATE: 9/25/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | Brendan C. Hill | 9-26-02 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

On 9-26-02, vessel was released to the substitute custodian, William Kenon.  24 miles roundtrip.

| Date of Service | Time | |
|---|---|---|
| 9-26-02 | 9:30 | am |

Signature of U.S. Marshal or Deputy
Brendan C. Hill

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 8.76 | | 53.76 | | 53.76 | |

REMARKS: