# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Valley Ice & Fuel Co., Inc. | B-02-185 |
| **DEFENDANT** F/V CUTTY SARK, F/V VINAROZ I, et al., their engines, tackle, apparel, furniture, etc., in rem | **TYPE OF PROCESS** Release of Vessel to Custodian |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master, other ranking officer or caretaker

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Shrimp Basin, Port of Brownsville, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP
100 N. EXPRESSWAY 83
BROWNSVILLE, TX 78521

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

United States District Court
Southern District of Texas
FILED
OCT 0 7 2002
Michael N. Milby
Clerk of Court

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

After seizure of the vessel VINAROZ I, please relinquish custody of same to MARINE SALVAGE & SERVICES, INC. the Court appointed Custodian.

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (956) 546-3731 | DATE 9/25/02 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 9-26-02 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 9-26-02   Time 9:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 8.76 | | 53.76 | | 53.76 | |

**REMARKS:**
on 9-26-02 vessel was released to substitute custodian, William Kenon. 24 miles rt.