IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-02-185 |
| | § | |
| F/V CUTTY SARK, F/V VINAROZ I, | § | |
| F/V VINAROZ II, F/V VINAROZ III, | § | |
| F/V GAMBA I, And F/V DON PIRI, | § | |
| their engines, tackle, apparel | § | |
| and furniture, *in rem*, and MARIA CRISTINA | § | |
| BAS MORAL, FEDERICO BAS PLAYAN, | § | |
| FEDERICO BAS MORAL, and ALMA | § | |
| PATRICIA MORAL LOZANO, *in personam* | § | |
| Defendants, | § | |

## MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VALLEY ICE & FUEL CO., INC. Plaintiff, by and through its attorney, Dennis Sanchez, and files this its Motion for Dismissal, and in support thereof would respectfully show unto the Court the following:

I

Plaintiff and Defendants have been able to compromise and settle all matters of controversy in this matter. As a result of the settlement, there is no longer any necessity for the continued litigation of the above-styled and numbered cause.

Movant would therefore request that this Court dismiss the above-styled and numbered cause without prejudice against all parties to file any same or similar suit, with court costs being assessed against the party incurring same.

Respectfully submitted,

By: _____
Dennis Sanchez
SBN 17569600
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, P.C.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 - Telephone
(956) 546-3765 - Fax

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF NO CONFERENCE

There is no counsel for the Defendants in this action and there have been no appearances made by any Defendant to this action, therefore, there is no need for a conference.

_____
Dennis Sanchez