IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. Plaintiff, | § § § | |
| VS | § § | CIVIL ACTION NO. B-02-185 |
| F/V CUTTY SARK, F/V VINAROZ I, F/V VINAROZ II, F/V VINAROZ III, F/V GAMBA I, And F/V DON PIRI, their engines, tackle, apparel and furniture, *in rem*, and MARIA CRISTINA BAS MORAL, FEDERICO BAS PLAYAN, FEDERICO BAS MORAL, and ALMA PATRICIA MORAL LOZANO, *in personam* Defendants. | § § § § § § § § § § § | |

ORDER OF DISMISSAL

THIS COURT having been advised that the above-styled and numbered cause has been compromised and settled as between VALLEY ICE & FUEL CO., INC., Plaintiff, and the Defendants, MARIA CRISTINA BAS MORAL, FEDERICO BAS PLAYAN, FEDERICO BAS MORAL, and ALMA PATRICIA MORAL LOZANO, *in personam* and the F/V CUTTY SARK F/V VINAROZ II, F/V VINAROZ III, F/V GAMBA I, And F/V DON PIRI , *in rem*, and that there is no further need for litigation of this matter as between Plaintiff and Defendants, it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed without prejudice against all parties to file any same or similar action. Costs are hereby adjudged against the party incurring same.

DONE at Brownsville, Texas this 15th day of October, 2002

JUDGE PRESIDING



```
CASE:       1:02-cv-00185
DOCUMENT:   13
DATE:       10/15/02

CLERK:      og
```